UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>"The Student Loan Group" (SLG)<br>6A Liberty #175<br>Aliso Viejo, CA 92656<br><br>and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action<br>No. 15-2634<br><br><br><br><br><br><br><br><br><br><br><br>Jury Trial Demanded |

**FILED**
JUN 25 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## TO THE CLERK:

1. Service of process in accordance with Federal Rule of Civil Procedure 4 was accomplished as of the 29th of May, 2015.

2. Service was made to defendant The Student Loan Group.

3. Please mark the docket and notate the case file in ECF accordingly.

Dated: June 23, 2015

Andrew Perrong
*Pro-Se Litigant*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
SLGROUPlitigation@gmail.com

1

```
ANDREW R. PERRONG
1657 THE FAIRWAY
#131
JENKINTOWN, PA 19046
                   Ref. No. : 2154369476
Attorney for : Plaintiff
Court: UNITED STATES DISTRICT COURT PENNSYLVANIA, EASTERN DISTRICT

Plaintiff: PERRONG                            Case no.:152634
Defendant: THE STUDENT LOAN GROUP             Notice Of Service

Hearing Date :  / /       Time :   : XM     Dept/Div :
1. At the time of service I was at least 18 years of age and not a party to
   this action, and served copies of the :
   SUMMONS & COMPLAINT




2. A. Party served :THE STUDENT LOAN GROUP

   B. Person served:served Jeff Lewis, manager AUTHORIZED TO ACCEPT SERVICE

   C. Address      :6A LIBERTY
                    #175
                    ALISO VIEJO, CA 92656
3. I served the party named in item 2
   a. By personally delivering the copies
      (1) on :      5/29/15
      (2) at :      4:25PM
   c. by mailing the copies to the person served,addressed as shown in
      item 2c, by first class mail, postage prepaid,
      (1) on  :     5/30/15
      (2) from :    orange

5. Person serving :              a. Fee for service : $69.00
MICHAEL DANLEY                   d. Registered California process
Orange County Process Serving       server
333 City Blvd
#17th Flr.                          (2) Registration No.: 1782
Orange, Ca 92868                    (3) County :ORANGE
(714) 971-2217
```

6. XX I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/22/15

SIGNATURE

Form adopted by Rule 982.9 (a)(23)
Judicial Council form
POS-010 Rev January 1, 2007

**PROOF OF SERVICE**

Code Civ. 417.10