UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>"The Student Loan Group" (SLG)<br>6A Liberty #175<br>Aliso Viejo, CA 92656<br><br>and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action<br>No. 15-2634<br><br>FILED<br>JUL -1 2015<br>MICHAEL E. KUNZ, Clerk<br>By _____Dep. Clerk<br><br>Jury Trial Demanded |

## TO THE CIVIL DEPUTY:

1. Per His Honor's rules and request, service of process in accordance with Federal Rule of Civil Procedure 4 was expeditiously accomplished as of the 29th of May, 2015.

2. Service was made to defendant The Student Loan Group.

3. Unfortunately, the process server was delayed in getting the proof of service completed and sent to myself. Please forward my apologies to His Honor for any inconvenience this may have caused.

4. An answer has not yet been filed as Opposing Counsel has requested additional time and is contemplating imminent settlement of the matter.

5. Per His Honor's rules and request, please see a courtesy copy of the filing which is attached.

1

Dated: June 23, 2015

Andrew Perrong
*Pro-Se Litigant*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
SLGROUPlitigation@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG ) <br> 1657 The Fairway #131 Jenkintown, PA 19046  ) <br>  ) <br> Plaintiff,  ) <br> vs.  ) <br>  ) <br> "The Student Loan Group" (SLG)  ) <br> 6A Liberty #175  ) <br> Aliso Viejo, CA 92656  ) <br>  ) <br> and  ) <br> DOES 1 through 100, inclusive,  ) <br>  ) <br> Defendants.  ) <br> ) | Civil Action <br> No. 15-2634 <br><br><br><br><br><br><br><br> Jury Trial Demanded |

## TO THE CLERK:

1. Service of process in accordance with Federal Rule of Civil Procedure 4 was accomplished as of the 29th of May, 2015.

2. Service was made to defendant The Student Loan Group.

3. Please mark the docket and notate the case file in ECF accordingly.

Dated: June 23, 2015

                                                              Andrew Perrong
                                                              *Pro-Se Litigant*
                                                          1657 The Fairway #131
                                                          Jenkintown, PA 19046
                                                          Phone: 215-791-6957
                                                         Facsimile: 888-329-0305
                                                         SLGROUPlitigation@gmail.com

1

For Court Use Only

ANDREW R. PERRONG
1657 THE FAIRWAY
#131
JENKINTOWN, PA 19046
          Ref. No. : 2154369476
Attorney for : Plaintiff
Court: UNITED STATES DISTRICT COURT PENNSYLVANIA, EASTERN DISTRICT

Plaintiff: PERRONG                              Case no.:152634
Defendant: THE STUDENT LOAN GROUP            Notice Of Service

Hearing Date :  / /      Time :  :  XM     Dept/Div :
1. At the time of service I was at least 18 years of age and not a party to this action, and served copies of the :
SUMMONS & COMPLAINT

2. A. Party served :THE STUDENT LOAN GROUP

   B. Person served:served Jeff Lewis, manager AUTHORIZED TO ACCEPT SERVICE

   C. Address       :6A LIBERTY
                    #175
                    ALISO VIEJO, CA 92656
3. I served the party named in item 2
   a. By personally delivering the copies
      (1) on :       5/29/15
      (2) at :       4:25PM
   c. by mailing the copies to the person served,addressed as shown in item 2c, by first class mail, postage prepaid,
      (1) on  :      5/30/15
      (2) from :    orange

5. Person serving :
MICHAEL DANLEY
Orange County Process Serving
333 City Blvd
#17th Flr.
Orange, Ca 92868
(714) 971-2217

a. Fee for service : $69.00
d. Registered California process server

  (2) Registration No.: 1782
  (3) County :ORANGE

6. XX I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/22/15

SIGNATURE

**Form adopted by Rule 982.9 (a)(23)**
**Judicial Council form**
**POS-010 Rev January 1, 2007**

**PROOF OF SERVICE**

Code Civ. 417.10