UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>"The Student Loan Group" (SLG)<br>6A Liberty #175<br>Aliso Viejo, CA 92656<br><br>and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action<br>No. 15-2634<br><br><br><br><br><br><br><br><br><br><br>Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL**

FILED
AUG 10 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

COMES NOW, Plaintiff ANDREW R. PERRONG, and pursuant to FRCP 41(a)(1)(A)(I), gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants.

Dated: August 8, 2015

*[signature]*

Andrew Perrong
*Pro-Se Litigant*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
slgrouplitigation@gmail.com

1